UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Harrah's Operating Company, Inc., a Delaware corporation,

Plaintiff,

vs.

Scott T. Just,

Defendant.

Court File No.: 01-672 DWF/SRN

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

The parties to this Stipulation, Plaintiff Harrah's Operating Company, Inc., ("Harrah's") and Defendant Scott T. Just ("Just"), by and through their undersigned counsel, hereby stipulate and agree that Defendant Just may have until June 11, 2001 to answer or otherwise respond to the Complaint herein. The parties request the Court to enter the following order approving this extension.

Dated: May 10, 2001

**MASLON EDELMAN BORMAN & BRAND LLP**

By____________________________

Jonathan S. Parritz (177581)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4140
(612) 672-8200

ATTORNEYS FOR DEFENDANT

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: May __ , 2001

**RIDER BENNETT EGAN & ARUNDEL**

By [signature]
Stanley E. Siegel, Jr. (#199552)
Kathy S. Kimmel (#268823)
2000 Metropolitan Center
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7900

ATTORNEYS FOR PLAINTIFF

**ORDER**

Based upon the foregoing stipulation, and upon all of the files, records and proceedings in this case, it is hereby ordered that Defendant Just may have until June 11, 2001 to answer or otherwise respond to the Complaint herein.

IT IS SO ORDERED.

Dated: May 15, 2001.

BY THE COURT:

[signature]
The Honorable Susan R. Nelson
United States Court Magistrate Judge

120690