UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Harrah's Operating Company, Inc.,
a Delaware corporation,

Plaintiff,

vs.

Scott T. Just,

Defendant.

Court File No. 01-672 DWF/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

**STIPULATION**

It is hereby stipulated and agreed by and between the above-named parties, through their undersigned counsel, that the above-entitled action and all claims alleged therein are hereby dismissed with prejudice and with each party to bear its own costs and attorneys' fees associated with the lawsuit.

This Stipulation may be executed in counterparts.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Kathy S. Kimmel
Stanley E. Siegel, Jr. (199552)
Kathy S. Kimmel (268823)
Attorneys for Plaintiff
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8909 / 340-8982

Dated: August 14, 2001

MASLON, EDELMAN, BORMAN & BRAND LLP

By______________________
Jonathan S. Parritz (177581)
Attorneys for Defendant
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 672-8200

Dated: August 14, 2001

FILED AUG 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 16 2001
DEPUTY CLERK______

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with Prejudice and without costs and attorneys' fees to any of the parties to the Stipulation. It is hereby Ordered.

JUDGMENT SHALL BE ENTERED ACCORDINGLY.

BY THE COURT:

Donovan W. Frank
Judge of U.S. District Court

DATED: August 16, 2001

706080.1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500