# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Harrah's Operating Company, Inc., Case No. Civil 01-672 DWF/SRN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Scott T. Just

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is hereby dismissed with prejudice and without costs and attorney's fees to any of the parties.

DATE: August 16, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk